14011

MAHAFFEY v. SOUTHERN RY. CO. *ET AL.*

(178 S. E., 838)

*Messrs. Depass & Depass* and *Frank G. Tompkins,* for appellants,

*Messrs. Nicholls, Wyche & Russell,* for respondent, 

March 5, 1935.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

For the reasons stated by the Circuit Judge, his order, which will be reported, is affirmed.

MESSRS. JUSTICES CARTER and BONHAM and MESSRS. ACTING ASSOCIATE JUSTICES J. HENRY JOHNSON and C. J. RAMAGE concur.